# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

ANDREW PHILLIPS,

        Plaintiff,

   v.

DR. CHARLES LARSON, BELINDA SCHRUBBE,
and SERGEANT LEHMAN,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-362-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____12/18/08_____
Date